1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY SPALDING, an individual,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware Limited Liability Company, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 4:25-cv-08123-JST<br><br>Judge: Hon. Jon S. Tigar<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT** |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

||
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

# [PROPOSED] ORDER

HAVING CONSIDERED THE PARTIES' JOINT STIPULATION TO REMAND CASE TO STATE COURT, the Court finds good cause and hereby ORDERS:

This entire case is hereby remanded to the Superior Court of the State of California for the County of Alameda.

IT IS SO ORDERED.

DATED: January 9, 2026

_____
Hon. Jon S. Tigar
United States District Court Judge